**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diana Rause, surviving natural mother of Johnny Mendoza, Jr., deceased, individually and on behalf of all wrongful death beneficiaries; and Gabriel Rodriguez, a single man,<br><br>    Plaintiffs,<br><br>v.<br><br>Paperchine, Inc., a foreign corporation; Abitibi Consolidated Sales Corporation, a foreign corporation; Does I-X; Black Corporations I-X; and White Partnerships I-X,<br><br>    Defendants. | No. CV-07-8076-PCT-SMM<br><br>**ORDER** |

Pursuant to stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Abitibi Consolidated Sales Corporation shall have up to and including **October 15, 2007** to file an Answer or otherwise respond to the Complaint in this matter.

DATED this 9th day of October, 2007.

_____
Stephen M. McNamee
United States District Judge