**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diana Rause, surviving natural mother of Johnny Mendoza, Jr., deceased, individually and on behalf of all wrongful death beneficiaries; and Gabriel Rodriguez, a single man,<br><br>Plaintiffs,<br><br>v.<br><br>Paperchine, Inc., a foreign corporation; Abitibi Consolidated Sales Corporation, a foreign corporation; Does I-X; Black Corporations I-X; and White Partnerships I-X,<br><br>Defendants. | No. CV-07-8076-PCT-SMM<br><br>**ORDER** |

Having considered the request of Plaintiffs to appear telephonically at the Rule 16 Preliminary Pretrial Conference on January 7, 2008 at 10:00 a.m. before this Court, and for good cause shown,

**IT IS HEREBY ORDERED** that Ms. Rause and Mr. Rodriguez (Plaintiffs) may appear telephonically at the Rule 16 Conference. The Plaintiffs shall call the Court on one clear telephone line at 9:55 a.m. Mountain Standard Time at 602-322-7555.

DATED this 20th day of November, 2007.

Stephen M. McNamee
United States District Judge