**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diana Rause, surviving natural mother of Johnny Mendoza, Jr., deceased, individually and on behalf of all wrongful death beneficiaries; and Gabriel Rodriguez, a single man,<br><br>        Plaintiffs,<br>v.<br><br>Paperchine, Inc., a foreign corporation; Abitibi Consolidated Sales Corporation, a foreign corporation; Does I-X; Black Corporations I-X; and White Partnerships I-X,<br><br>        Defendants. | No. CV-07-8076-PCT-SMM<br><br>**ORDER** |

      Having considered the request of Defendants to appear telephonically at the Rule 16 Preliminary Pretrial Conference scheduled for January 7, 2008 at 10:00 a.m. before this Court, and for good cause shown,

      **IT IS HEREBY ORDERED GRANTING** the Motion for Leave to Appear Telephonically (Doc. 23). Defendants may appear telephonically at the Rule 16 Conference. The Defendants shall call Plaintiffs[1] prior to the conference in order for the parties to call the Court on **one clear telephone line** at 9:55 a.m. Mountain Standard Time at 602-322-7555. Attorneys for both parties shall appear in person.

      DATED this 3rd day of January, 2008.

                            Stephen M. McNamee
                            United States District Judge

---

[1] The Court granted Plaintiffs' motion to appear telephonically on November 20, 2007.