**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diana Rause, surviving natural mother of Johnny Mendoza, Jr., deceased, individually and on behalf of all wrongful death beneficiaries; and Gabriel Rodriguez, a single man,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>Paperchine, Inc., a foreign corporation; Abitibi Consolidated Sales Corporation, a foreign corporation; Does I-X; Black Corporations I-X; and White Partnerships I-X,<br>　　　　　　Defendants. | No. CV-07-8076-PCT-SMM<br><br>**ORDER** |

Pursuant to the Stipulation filed by Defendant Paperchine (Doc. 32) and good cause appearing,

**IT IS ORDERED** with the consent of Defendant Paperchine that Steven Plitt, Ellen S. Levy and Steven J. Gross of the law firm of Kunz, Plitt, Hyland, Demlong & Kleifield are hereby substituted as counsel for Defendant Paperchine, Inc., in the place and stead of Mark D. Zukowski and Drew M. Gully of the law firm of Jones, Skelton & Hochuli, P.L.C.

DATED this 19th day of February, 2008.

Stephen M. McNamee
United States District Judge