**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diana Rause, surviving natural mother of Johnny Mendoza, Jr., deceased, individually and on behalf of all wrongful death beneficiaries; and Gabriel Rodriguez, a single man,<br><br>Plaintiffs,<br>v.<br><br>Paperchine, Inc., a foreign corporation; Abitibi Consolidated Sales Corporation, a foreign corporation; Does I-X; Black Corporations I-X; and White Partnerships I-X,<br>Defendants. | No. CV-07-8076-PCT-SMM<br><br>**ORDER** |

Pursuant to the Stipulation filed by Defendant Abitibi Consolidated Sales Corporation (Doc. 38) and good cause appearing,

**IT IS ORDERED** that, with the consent of Defendant Abitibi Consolidated Sales Corporation, Mark D. Zukowski and Drew M. Gully of the law firm of Jones, Skelton & Hochuli are hereby substituted as counsel for Defendant Abitibi Consolidated Sales Corporation in the place and stead of Douglas C. Northup of the law firm of Fennemore Craig, P.C.

DATED this 30th day of April, 2008.

Stephen M. McNamee
United States District Judge