**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diana Rause, surviving natural mother of Johnny Mendoza, Jr., deceased, individually and on behalf of all wrongful death beneficiaries; and Gabriel Rodriguez, a single man,<br><br>　　　　　Plaintiffs,<br>v.<br><br>Paperchine, Inc., a foreign corporation; Abitibi Consolidated Sales Corporation, a foreign corporation; Does I-X; Black Corporations I-X; and White Partnerships I-X,<br><br>　　　　　Defendants. | No. CV-07-8076-PCT-SMM<br><br>**ORDER** |

　　　　Pursuant to the Stipulation (Doc. 41) of the parties filed by Paperchine and good cause appearing,

　　　　**IT IS HEREBY ORDERED** that the following extensions have been made to the pretrial deadlines in this action and the previous dates are **VACATED**:

　　　　1.　　The time for Plaintiffs to disclose the identity of any person who may be used at trial to present evidence under the Federal Rules of Evidence 701 et. seq. shall be no later than **September 30, 2008.**

　　　　2.　　The time for Defendants to disclose the identity of any person who may be used at trial to present evidence under the Federal Rules of Evidence 701 et. seq. shall be **October 31, 2008.**

　　　　3.　　Rebuttal experts, if any, shall be disclosed no later than **November 21, 2008.**

1      4.     All discovery shall be completed by **April 30, 2009.**

2      5.     The dispositive motion deadline shall be **May 29, 2009.**

3      6.     The parties will appear for a final pre-trial conference before the Court on **June 10, 2009, at 4:00 p.m.**

DATED this 27th day of May, 2008.

_____
Stephen M. McNamee
United States District Judge