**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diana Rause, surviving natural mother of Johnny Mendoza, Jr., deceased, individually and on behalf of all wrongful death beneficiaries; and Gabriel Rodriguez, a single man,<br><br>　　　　　Plaintiffs,<br>v.<br><br>Paperchine, Inc., a foreign corporation; Abitibi Consolidated Sales Corporation, a foreign corporation; Does I-X; Black Corporations I-X; and White Partnerships I-X,<br>　　　　　Defendants. | No. CV-07-8076-PCT-SMM<br><br>**ORDER** |

Pursuant to the Stipulation filed by the parties (Doc. 43) and good cause appearing,

**IT IS HEREBY ORDERED** substituting the law firm of Lewis, Brisbois, Bisgaard & Smith, L.L.P., 2929 North Central Avenue, Suite 1700, Phoenix, Arizona 85012, by and through attorney Todd A. Rigby, in place of the law firm of Jones, Skelton & Hochuli, P.L.C., 2901 North Central Avenue, Suite 800, Phoenix, Arizona 85012.

DATED this 3rd day of July, 2008.

_____
Stephen M. McNamee
United States District Judge