**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diana Rause, surviving natural mother of Johnny Mendoza, Jr., deceased, individually and on behalf of all wrongful death beneficiaries; and Gabriel Rodriguez, a single man,<br><br>    Plaintiffs,<br>v.<br><br>Paperchine, Inc., a foreign corporation; Abitibi Consolidated Sales Corporation, a foreign corporation; Does I-X; Black Corporations I-X; and White Partnerships I-X,<br><br>    Defendants. | No. CV-07-8076-PCT-SMM<br><br>**ORDER** |

Pursuant to the Stipulation of Plaintiffs RAUSE and MENDOZA, JR. and Defendant PAPERCHINE (Doc. 50) and for good cause appearing,

**IT IS ORDERED GRANTING** the Stipulation. (Doc. 50.) Defendant PAPERCHINE shall file its Reply brief to Plaintiffs' Response Objection to the Motion in Limine re OSHA Violations and Citations no later than **August 28, 2008.**

DATED this 25th day of August, 2008.

_/s/ Stephen M. McNamee_
Stephen M. McNamee
United States District Judge