**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diana Rause, surviving natural mother of Johnny Mendoza, Jr., deceased, individually and on behalf of all wrongful death beneficiaries; and Gabriel Rodriguez, a single man,<br><br>　　　　Plaintiffs,<br>v.<br><br>Paperchine, Inc., a foreign corporation; Abitibi Consolidated Sales Corporation, a foreign corporation; Does I-X; Black Corporations I-X; and White Partnerships I-X,<br>　　　　Defendants. | No. CV-07-8076-PCT-SMM<br><br>**ORDER** |

Currently pending before the Court is the parties' Stipulation to Extend Deadlines. (Doc. 56.) For the last several months, the parties have been confronted with defense representation issues. A potential conflict of interest arose between counsel for defendants, necessitating a substitution of counsel. The parties represent to the Court that the issues have been settled and all substitutions have been completed. The parties recently participated in a site inspection and party depositions are now being scheduled. Good faith appearing,

**IT IS HEREBY ORDERED GRANTING** the Stipulation to Extend Deadlines. (Doc. 56.)   The deadlines are extended to the following dates:

　1. The time for plaintiffs to disclose the identity of any person who may be used at trial to present evidence under the Federal Rules of Evidence 701 et. seq. shall be no later than February 27, 2009.

　2. The time for defendants to disclose the identity of any person who may be used

at trial to present evidence under the Federal Rules of Evidence 701 et. seq. shall be March 31, 2009.

3. Rebuttal experts, if any, shall be disclosed no later than April 30, 2009.

4. All discovery shall be completed by September 30, 2009.

5. The dispositive motion deadline shall be October 30, 2009.

6. The Court will schedule a date for a final pre-trial conference upon resolution of the dispositive motions.

DATED this 22nd day of September, 2008.

Stephen M. McNamee
United States District Judge