**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DIANA RAUSE, surviving natural mother) of Johnny Mendoza, Jr., deceased,) individually and on behalf of all wrongful) death beneficiaries; Gabriel Rodriguez, a) single man,)<br>)<br>Plaintiffs,)<br>)<br>v.)<br>)<br>Paperchine, Inc., a foreign corporation;) Abitibi Consolidated Sales Corporation, a) foreign corporation; Does 1-X; Black) Corporations 1-X; and White Partnerships) 1-X,)<br>)<br>Defendants.)<br>_____) | No. CV 07-8076-PCT-SMM<br><br>**ORDER** |

Currently before the Court is Defendant Paperchine's Motion to Compel Discovery Responses (Doc. 62). In the Court's Order entered January 8, 2008, the parties were notified of the Court's policies regarding discovery disputes. The Order provides in pertinent part,

> **IT IS FURTHER ORDERED** that, **in the event of a discovery dispute, the parties shall contact the Court to request a telephonic conference prior to filing any discovery motions.** The parties shall not contact the Court regarding a discovery dispute unless they have been unable to resolve the dispute themselves, despite personal consultation and sincere efforts to do so. The parties shall not file any written materials related to a discovery dispute or discovery motion without express leave of Court. If the Court does order written submissions, the movant shall include a statement certifying that counsel could not satisfactorily resolve the matter despite personal consultation and sincere efforts to do so, in accordance with LRCiv 7.2(j) of the Rules of Practice of the United States District Court for the District of Arizona.

1  In accordance with the Scheduling Order, the Court will hold a telephonic discovery
2  conference regarding this discovery dispute before ruling on the Motion to Compel.
3    **IT IS HEREBY ORDERED** setting a telephonic discovery dispute hearing before
4  the Honorable Stephen M. McNamee for **Monday, December 8, 2008, at 11:30 a.m.**  As
5  the moving party, Defendant Paperchine's counsel shall initiate a conference call and
6  secure all participants on the line before telephoning Judge McNamee's chambers at
7  (602) 322-7555, no later than **11:25 a.m.**, on December 8, 2008.
8    DATED this 3rd day of December, 2008.

_____
Stephen M. McNamee
United States District Judge