**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DIANA RAUSE, surviving natural mother of JOHNNY MENDOZA, JR., deceased, individually and on behalf of all wrongful death beneficiaries; GABRIEL RODRIGUEZ, a single man,<br><br>          Plaintiffs,<br><br>v.<br><br>PAPERCHINE, INC., a foreign corporation; ABITIBI CONSOLIDATED SALES CORPORATION, a foreign corporation; DOES I-X; BLACK CORPORATIONS I-X; and WHITE PARTNERSHIPS I-X,<br><br>          Defendants. | No. CV-07-8076-PCT-SMM<br><br>**AMENDED ORDER** |

Having received the Amended Motion to Withdraw as Counsel of Record for Plaintiff Gabriel Rodriguez (Doc. 69) and the Motion evidencing compliance with the requirements of Local Rule of Civil Procedure 83.3(b)(2)(A),

**IT IS HEREBY ORDERED** that the Amended Motion to Withdraw as Counsel of Record for Plaintiff Gabriel Rodriguez (Doc. 69) is **granted in part and denied in part**. The motion is granted as to attorney K. Thomas Slack, and denied as to *pro hac vice* admittee Thomas C. Hall.

1    **IT IS FURTHER ORDERED** that K. Thomas Slack of the law firm of Beale,
2 Micheaels & Slack is hereby withdrawn as counsel of record for Plaintiff Gabriel
3 Rodriguez in this matter.

4    **IT IS FURTHER ORDERED** that attorney Thomas C. Hall, admitted *pro hac*
5 *vice* to this Court, shall remain as counsel of record for Plaintiff Gabriel Rodriguez.
6 Under the Local Rules of this district, there is no requirement that local counsel be
7 associated in any case. LRCiv 83.1(b)(3). If Thomas C. Hall wishes to withdraw as
8 counsel for Plaintiff Gabriel Rodriguez, he must bring a separate withdrawal motion.

9    **IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this
10 Order as well as all further communications intended for said Plaintiff to Gabriel
11 Rodriguez, 9427 Valley Ridge, San Antonio, Texas 78250, as well as to attorney Thomas
12 C. Hall.

13    DATED this 8th day of January, 2009.

Stephen M. McNamee
United States District Judge