**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DIANA RAUSE, surviving natural mother of JOHNNY MENDOZA, JR., deceased, individually and on behalf of all wrongful death beneficiaries; GABRIEL RODRIGUEZ, a single man,<br><br>            Plaintiffs,<br><br>v.<br><br>PAPERCHINE, INC., a foreign corporation; ABITIBI CONSOLIDATED SALES CORPORATION, a foreign corporation; DOES I-X; BLACK CORPORATIONS I-X; and WHITE PARTNERSHIPS I-X,<br><br>            Defendants. | No. CV-07-8076-PCT-SMM<br><br>**ORDER** |

Before the Court is attorney Thomas C. Hall's Motion to Withdraw as Counsel of Record for Plaintiff Gabriel Rodriguez (Doc. 76). As the Motion evidences compliance with the requirements of Local Rule of Civil Procedure 83.3(b)(2)(A), the Court will grant the motion and allow the withdrawal of Thomas C. Hall.

Since both of Plaintiff Gabriel Rodriguez's counsel have now withdrawn, the Court will order Mr. Rodriguez to appear at the previously scheduled March 2, 2009

status hearing to discuss whether he is representing himself, has retained other counsel, or no longer wishes to pursue the case.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel of Record for Plaintiff Gabriel Rodriguez (Doc. 76) is **GRANTED** as to *pro hac vice* admittee Thomas C. Hall.

**IT IS FURTHER ORDERED** that Thomas C. Hall of the law firm of Hall & Bates, LLP is hereby withdrawn as counsel of record for Plaintiff Gabriel Rodriguez in this matter.

**IT IS FURTHER ORDERED** that Plaintiff Gabriel Rodriguez shall appear at the status hearing scheduled for **March 2, 2009 at 1:30p.m**. Since Mr. Rodriguez resides in Texas, the Court will allow him to make a telephonic appearance by calling Judge McNamee's chambers at (602) 322-7555, no later than **1:25 p.m.**, on March 2, 2009.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order as well as all further communications intended for said Plaintiff to Gabriel Rodriguez, 9427 Valley Ridge, San Antonio, Texas 78250.

DATED this 17th day of February, 2009.

_Stephen M. McNamee_
Stephen M. McNamee
United States District Judge