**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gabriel Rodriguez,  )<br>   )<br>             Plaintiff,  )<br>   )<br>vs.  )<br>   )<br>   )<br>Paperchine, Inc., et al.,  )<br>   )<br>             Defendants.  )<br>_____)  | No. 07-8076-PHX-SMM<br><br>**ORDER SHOW CAUSE** |

Under Rule 41(b) of the Federal Rules of Civil Procedure, "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action . . ." In Link v. Wabash Railroad Co., 370 U.S. 626, 629-31 (1962), the Supreme Court recognized that a federal district court has the inherent power to dismiss a case *sua sponte* for failure to prosecute, even though the language of Rule 41(b) of the Federal Rules of Civil Procedure appears to require a motion from a party. Moreover, in appropriate circumstances, the Court may dismiss a complaint for failure to prosecute even without notice or hearing. Id. at 633.

Plaintiffs have the general duty to prosecute this case. Fidelity Phila. Trust Co. v. Pioche Mines Consol., Inc., 587 F.2d 27, 29 (9th Cir. 1978). By Court Order dated February 18, 2009 (Doc. 78), Plaintiff Gabriel Rodriguez ("Rodriguez") was ordered to appear telephonically at the status hearing scheduled for March 2, 2009. Since both of Rodriguez's counsel have now withdrawn, the Court ordered Rodriguez to appear at the status hearing to

discuss whether he was representing himself, has retained other counsel, or no longer wishes to pursue this case. On March 2, 2009, the Court held a status hearing in the present case, and Rodriguez did not appear, telephonically or in person. Plaintiff Rodriguez shall show cause why this matter should not be dismissed for failure to prosecute or to comply with these rules or a court order.

Accordingly,

**IT IS HEREBY ORDERED** setting a show cause hearing before the Honorable Stephen M. McNamee for **May 4, 2009 at 1:30 p.m.** in Courtroom 605, 401 West Washington Street, Phoenix, Arizona 85003. Plaintiff Gabriel Rodriguez shall APPEAR in person at this hearing to show good cause why this case should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send copies of this Order to plaintiff Gabriel Rodriguez and all counsel of record.

DATED this 2nd day of March, 2009.

_____
Stephen M. McNamee
United States District Judge