**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DIANA RAUSE, surviving natural mother of JOHNNY MENDOZA, JR., deceased, individually and on behalf of all wrongful death beneficiaries; GABRIEL RODRIGUEZ, a single man,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PAPERCHINE, INC., a foreign corporation; ABITIBI CONSOLIDATED SALES CORPORATION, a foreign corporation; DOES I-X; BLACK CORPORATIONS I-X; and WHITE PARTNERSHIPS I-X,<br><br>　　　　　Defendants. | No. CV-07-8076-PCT-SMM<br><br>**ORDER** |

Before the Court is the Stipulated Discovery Deadlines submitted by the parties in the present case (Doc. 85). At a status hearing held on March 2, 2009, the Court asked the parties to submit a stipulation with dates for liability discovery. The parties submitted the pending stipulation as a result of that hearing.

Accordingly,

**IT IS HEREBY ORDERED** that depositions of all liability witnesses will be concluded by no later than August 31, 2009.

**IT IS FURTHER ORDERED** that Plaintiff's expert witness opinions and reports shall be provided by September 30, 2009.

**IT IS FURTHER ORDERED** that Defendant's liability witnesses and reports shall be provided by October 30, 2009.

**IT IS FURTHER ORDERED** that any rebuttal expert opinions shall be disclosed by November 15, 2009.

**IT IS FURTHER ORDERED** that expert depositions shall be concluded by January 1, 2010.

**IT IS FURTHER ORDERED** that the Court will set dates for discovery related to damages following the next status hearing, scheduled for May 4, 2009.

DATED this 17th day of March, 2009.

_____
Stephen M. McNamee
United States District Judge