**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DIANA RAUSE, surviving natural mother of JOHNNY MENDOZA, JR., deceased, individually and on behalf of all wrongful death beneficiaries; GABRIEL RODRIGUEZ, a single man,<br><br>Plaintiffs,<br><br>v.<br><br>PAPERCHINE, INC., a foreign corporation; ABITIBI CONSOLIDATED SALES CORPORATION, a foreign corporation; DOES I-X; BLACK CORPORATIONS I-X; and WHITE PARTNERSHIPS I-X,<br><br>Defendants. | No. CV-07-8076-PCT-SMM<br><br>**ORDER** |

On September 4, 2009, the Court issued an Order granting Plaintiff an extension of time to have a guardian ad litem appointed in Texas (Doc. 121). In that Order, the Court incorrectly gave the date of the next status conference as October 5, 2009. However, pursuant to a previous Minute Entry (Doc. 117), the next status conference is scheduled for **October 19, 2009 at 3:00p.m.** In light of this date, the Court will give Plaintiff until October 16, 2009 to submit a status report updating the Court on counsel's efforts to have a guardian ad litem appointed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is to submit a status report by **October 16, 2009** updating the Court on counsel's efforts to have a guardian ad litem appointed in Texas.

**IT IS FURTHER ORDERED** that the previous deadline of October 2, 2009 for submitting the status report is **VACATED**.

DATED this 10th day of September, 2009.

_____
Stephen M. McNamee
United States District Judge