**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DIANA RAUSE, surviving natural mother of JOHNNY MENDOZA, JR., deceased, individually and on behalf of all wrongful death beneficiaries; GABRIEL RODRIGUEZ, a single man,<br><br>      Plaintiffs,<br><br>v.<br><br>PAPERCHINE, INC., a foreign corporation; ABITIBI CONSOLIDATED SALES CORPORATION, a foreign corporation; DOES I-X; BLACK CORPORATIONS I-X; and WHITE PARTNERSHIPS I-X,<br><br>      Defendants. | No. CV-07-8076-PCT-SMM<br><br>**ORDER** |

Before the Court is the Stipulated Discovery Deadlines submitted by the parties in the present case (Doc. 138). At a status hearing held on October 19, 2009, the Court asked the parties to submit a stipulation with new dates for liability discovery. The parties submitted the stipulation as a result of that hearing, and these dates will govern the case going forward.

Accordingly,

**IT IS HEREBY ORDERED** that depositions of all liability witnesses will be concluded by no later than February 19, 2010.

**IT IS FURTHER ORDERED** that Plaintiff's expert witness opinions and reports shall be provided by March 19, 2010.

**IT IS FURTHER ORDERED** that Defendant's expert witnesses and reports shall be provided by April 23, 2010.

**IT IS FURTHER ORDERED** that any rebuttal expert opinions shall be disclosed by May 14, 2010.

**IT IS FURTHER ORDERED** that expert depositions shall be concluded by June 18, 2010.

**IT IS FURTHER ORDERED** that dispositive motions shall be filed no later than July 16, 2010.[1]

DATED this 17th day of November, 2009.

_____
Stephen M. McNamee
United States District Judge

---

[1] The stipulation filed by the parties requested that the dispositive motion deadline be July 18, 2010, however, that date is a Sunday.