1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DIANA RAUSE, surviving natural mother of JOHNNY MENDOZA, JR., deceased, individually and on behalf of all wrongful death beneficiaries; GABRIEL RODRIGUEZ, a single man,<br><br>Plaintiffs,<br><br>v.<br><br>PAPERCHINE, INC., a foreign corporation; ABITIBI CONSOLIDATED SALES CORPORATION, a foreign corporation; DOES I-X; BLACK CORPORATIONS I-X; and WHITE PARTNERSHIPS I-X,<br><br>Defendants. | No. CV-07-8076-PCT-SMM<br><br>**ORDER** |

Before the Court is the Joint Request to Extend Deadlines submitted by the parties(Doc. 188). The parties request an extension of the discovery and dispositive motion deadlines due to the large number of discovery undertaken in this case. The parties have conducted eleven depositions to date, many of which were taken outside Arizona. There are two additional out-of-state depositions being scheduled for mid-to-late May.

The Court will grant the parties one final extension of the dates governing this case. However, in light of multiple past extensions given to the parties, the Court will look unfavorably on any further extension requests.

Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Joint Request to Extend Deadlines (Doc. 188).

**IT IS FURTHER ORDERED** extending the case deadlines for liability issues as follows:

   A. The deadline to conduct all liability witness depositions is extended to June 16, 2010.

   B. The deadline for Plaintiff's disclose of expert witnesses and reports is extended to July 23, 2010.

   C. The deadline for Defendants' disclosure of expert witnesses and reports is extended to August 23, 2010.

   D. The deadline for the parties to conduct a private mediation is extended to September 3, 2010.

   E. The deadline to disclose rebuttal expert witnesses and reports is extended to September 13, 2010.

   F. The deadline to conduct expert depositions is extended to October 15, 2010.

   G. The dispositive motion deadline is extended to November 12, 2010.

**IT IS FURTHER ORDERED** setting a status conference before the Honorable Stephen M. McNamee for **September 13, 2010 at 2 p.m.** in Courtroom 605, 401 West Washington Street, Phoenix, Arizona 85003.

DATED this 6th day of April, 2010.

_____
Stephen M. McNamee
United States District Judge